**UNITED STATES of America,
Petitioner–Appellee,**

v.

**Paul NAGY, Respondent–Appellant.**

No. 03–7606.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2004.

Decided: July 22, 2004.

George Alan Dubois, Office of the Federal Public Defender, Raleigh, North Carolina, for Appellant.

Rudolf A. Renfer, Jr., Assistant United States Attorney, Michael David Bredenberg, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Nagy appeals the district court's order denying Nagy's motion for recusal of the district judge pursuant to 28 U.S.C. § 455 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Nagy,* No. CA–98–951–5–BR (E.D.N.C.

Aug. 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*